## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,        Case Number: 06-12363
                Plaintiff,

                              Honorable: John Corbett O'Meara
                              Claim Number: C-94320/1

MARCOS GONZALEZ,
                Defendant,

---

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against MARCOS GONZALEZ, in the principal amount of **$4,629.89** for Claim C-94320 and **$1,531.10** for Claim C-94321, plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, for a total balance owing as of October 23, 2006 $9,527 for Claim C-94320 and $2,785.01 for Claim C-94321.

IT IS FURTHER ORDERED that the Defendant, MARCOS GONZALEZ, may satisfy said Judgment by making bi-weekly payments of $75.00 via employer beginning October 23, 2006.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not

in substantial compliance with the partial payment provisions of this Judgment, and such

partial payment provisions as contained herein shall be terminated and held for naught,

and the Plaintiff may issue any process for the enforcement of this Judgment.


Dated: October 27, 2006                              s/John Corbett O'Meara
                                                     United States District Judge